THE BANK OF UNITED STATES, Appellant, v. PENINSULAR STATE BANK, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.   Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.; Greenbaum, J., not voting.

BANK OF CHELSEA, Respondent, v. CECELIA SCHAFER, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

LOUIS LEVINSOHN and Others, Appellants, v. MAURICE GORDON and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements.   No opinion.   Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

FELIX G. KAPELMAN, Appellant, v. SAMUEL WEISGLASS, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

NATIONAL SPONGE AND CHAMOIS CO., INC., Respondent, v. ST. PAUL FIRE AND MARINE INSURANCE COMPANY, Appellant.— Order appealed from modified by restricting the examination to the matters contained in the 12th subdivision of the original order for examination, and limiting it to the examination of one of the firm of William H. McGee & Co. No opinion. Settle order on notice.   Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

JOSEPH E. HERNANDEZ and Another, Respondents, v. BROOKDALE MILLS, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.   Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

In the Matter of the Application of STEPHEN M. HALL, Appellant, a Stockholder and Director of TIFFANY, HALL & CO., INC., a Corporation, for the Voluntary Dissolution of Said Corporation. EARL H. TIFFANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.   Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.; Laughlin, J., dissenting.

WILLIAM H. WATT and Others, Respondents, v. S. H. KRESS AND COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements.   No opinion.   Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

MAMIE W. LIVINGSTON, Respondent, Appellant, v. HARRY LIVINGSTON, Appellant, Respondent.— Order modified by reducing counsel fee to $1,500, and as so modified affirmed, without costs. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

JAMES G. LYNCH, Respondent, v. JOHN HARTLEY, Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

MAX WEINBERG, Respondent, v. CRYSTAL KNITTING MILLS, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No